**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Lisa Shalonda Wylie,<br><br>Plaintiff,<br><br>vs.<br><br>American Public University System, Inc. d/b/a Rasmussen University (f/k/a Rasmussen College, LLC d/b/a Rasmussen University),<br><br>Defendant. | Case No. 26-cv-2221<br><br>**NOTICE OF REMOVAL** |

Defendant American Public University System, Inc. d/b/a Rasmussen University (f/k/a Rasmussen College, LLC d/b/a Rasmussen University) hereby removes the above-captioned civil action from the State of Minnesota District Court, Fifth Judicial District, Blue Earth County Case No. 07-CV-26-141, to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. §§ 1331 and 1446. As grounds for removal, Defendant states as follows:

1. On January 12, 2026, Plaintiff Lisa Shalonda Wylie commenced this action by serving a Summons and Complaint on Defendant alleging, among other things, that Defendant treated Plaintiff unfairly by failing to follow unidentified policies, procedures, catalogues and practices. No claims arising under the laws of the United States were evident in the original Complaint.

2. Plaintiff filed the Complaint in the State of Minnesota District Court, Fifth Judicial District, on January 11, 2026.

3. On February 2, 2026, Defendant filed a motion to dismiss Plaintiff's Complaint.

4. On March 30, 2026, Plaintiff filed an Amended Complaint alleging, for the first time, that Defendant discriminated against her in violation of federal statutes, namely Section 504 of the Rehabilitation Act, 29 U.S.C. § 794(a) and Title III of the Americans with Disabilities Act.

5. Plaintiff's Amended Complaint also alleged claims under the Minnesota Human Rights Act and Minnesota common law claims for violation of "due process," breach of contract, and breach of the covenant of good faith and fair dealing.

6. Pursuant to 28 U.S.C. § 1446(b)(3), Defendant's removal of this action is timely because this Notice of Removal is filed within 30 days after the Defendant's receipt of Plaintiff's Amended Complaint from which it may first be ascertained that the case is one which is or has become removable.

7. The United States District Court for the District of Minnesota has subject matter jurisdiction over this action based on the federal questions presented in Plaintiff's Amended Complaint. Therefore, Plaintiff's claims may be removed to the United States District Court for the District of Minnesota, pursuant to 28 U.S.C. § 1331.

8. The United States District Court for the District of Minnesota has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367

because those claims are so related to her federal claims that they form part of the same case or controversy.

9. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders provided to Defendant in this action are attached hereto as Exhibit A. There have been no further proceedings in the Minnesota State Court in this action relevant to this removal.

10. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Blue Earth County Court and is being served on counsel for Plaintiff.

Wherefore, Defendant gives notice that the above-entitled action is removed from the State of Minnesota District Court, Fifth Judicial District, County of Blue Earth.

**SOMERMEYER PLLC**

Dated: April 13, 2026

*s/ Sean Somermeyer*
Sean R. Somermeyer #391544
*sean@somermeyerlaw.com*
4306 Bryant Avenue South, Ste. 100
Minneapolis, MN 55409
(612) 643-3486

*Attorney for Defendant American Public University System, Inc. d/b/a Rasmussen University (f/k/a Rasmussen College, LLC d/b/a Rasmussen University)*