| State of Minnesota | | District Court |
|---|---|---|
| County | Judicial District: | |
| | Court File Number: | 07-CV-26-141 |
| Blue Earth | Case Type: Civil -Other | |

Lisa Shalonda Wylie
Plaintiff

vs                                    **Civil Summons**

Rasmussen College, LLC d/b/a/
Rasmussen Univeristy
Defendant

This Summons is directed to (name of Defendant):
Rasmussen College, LLC d/b/a/ Rasmussen University

1.     **You are being sued.** The Plaintiff has started a lawsuit against you. The *Complaint* is attached to this *Summons*. Do not throw these papers away. They are official papers that start a lawsuit and affect your legal rights, even if nothing has been filed with the court and even if there is no court file number on this *Summons*.

2.     **You must BOTH reply, in writing, AND get a copy of your reply to the person/business who is suing you within 21 days to protect your rights.** Your reply is called an *Answer*. Getting your reply to the Plaintiff is called service.You must serve a copy of your *Answer or Answer and Counterclaim* (Answer) within 21 days from the date you received the *Summons* and *Complaint*.

     ANSWER: You can find the *Answer* form and instructions on the MN Judicial Branch website at www.mncourts.gov/forms under the "Civil" category. The instructions will explain in detail how to fill out the *Answer* form.

3.     **You must respond to each claim.** The *Answer* is your written response to the Plaintiff's *Complaint*. In your *Answer* you must state whether you agree or disagree with each paragraph of the *Complaint*. If you think the Plaintiff should not be given everything they asked for in the *Complaint*, you must say that in your *Answer*.

*Civil Summons*
CIV802      State      ENG      11/20          www.mncourts.gov/forms          Page 1 of 2

4.     SERVICE: **You may lose your case if you do not send a written response to the Plaintiff.** If you do not serve a written *Answer* within 21 days, you may lose this case by default. You will not get to tell your side of the story. If you choose not to respond, the Plaintiff may be awarded everything they asked for in their *Complaint*. If you agree with the claims stated in the *Complaint*, you don't need to respond. A default judgment can than be entered against you for what the Plaintiff asked for in the *Complaint*.

     To protect your rights, you must serve a copy of your *Answer* on the person who signed this *Summons* in person or by mail at this address:

Lisa Shalonda Wylie
13489 Settlers Ridge Lane Burnsville, MN 55337

5.     Carefully read the Instructions (CIV301) for the *Answer* for your next steps.

6.     **Legal Assistance.** You may wish to get legal help from an attorney. If you do not have an attorney and would like legal help:

- Visit www.mncourts.gov/selfhelp and click on the "Legal Advice Clinics" tab to get more information about legal clinics in each Minnesota county.

- Court Administration may have information about places where you can get legal assistance.

**NOTE: Even if you cannot get legal help, you must still serve a written *Answer* to protect your rights or you may lose the case.**

7.     **Alternative Dispute Resolution (ADR).** The parties may agree to or be ordered to participate in an ADR process under Rule 114 of the Minnesota Rules of Practice. You must still serve your written *Answer*, even if you expect to use ADR.

01/12/2026
_____
Date

Signature

Name: Lisa Shalonda Wylie
Address:13489 Settlers Ridge Lane
City, State, Zip, Burnsville, MN 55337
Telephon: (952) 769-4647
E-mail: lisawylie70@gmail.com